```
Michael M. Edelstein
PO Box 811042
Los Angeles, CA 90081
323-710-5624
In Pro Per
```

FILED
2010 MAR 15 PM 1:35
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael M. Edelstein<br><br>PLAINTIFF/PETITIONER,<br>v.<br>Google Inc.<br><br>DEFENDANT(S). | CASE NUMBER<br>**CV10-01847**<br><br>REQUEST TO PROCEED<br>IN FORMA PAUPERIS WITH<br>DECLARATION IN SUPPORT |

I, _____Michael M. Edelstein_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. N/A _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. TEMP SERVICE 1/09 to 8/09 — $8.00 Hourly

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?              ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
   d. Gifts or inheritances?                             ☐Yes ☒No
   e. Any other income (other than listed above)?        ☒Yes ☐No
   f. Loans?                                             ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: $390.00 MONTHLY - UNEMPLOYMENT BENEFITS EXPIRES MARCH 30, 2010, TEMP EMPLOYEE 1-09 to 8-09 EARNING $1800.00

---

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

CV-60 (04/06) Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   SAVINGS ACCOUNT $75.00 - SEPT. 2009 through MARCH 2010.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: N/A

5. In what year did you last file an Income Tax return? 2008
   Approximately how much income did your last tax return reflect? $4,500.00

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   N/A

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

CALIFORNIA              LOS ANGELES
State                   County (or City)

I, MICHAEL M EDELSTEIN, declare under penalty of perjury that the foregoing is true and correct.

3-15-10                 *Michael M Edelstein*
Date                    Plaintiff/Petitioner (Signature)